IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY a/s/o JOHN MACHUZICK<br>1504 DOGWOOD DRIVE<br>READING, PA 19609<br><br>      **Plaintiff**<br><br>v.<br><br>PENNSYLVANIA-AMERICAN WATER CO.<br>800 W. HERSHEYPARK DRIVE<br>HERSHEY, PA 17033<br><br>      **Defendant** | Civil Action No.:<br><br>5-18-CV-00432-LS |

FILED
OCT 0 3 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 3rd day of OCTOBER, 2018, upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**. Plaintiff's Complaint is dismissed, without prejudice.

BY THE COURT:

_____ J.